UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7871

DUKE E. WOODLEY,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA DEPARTMENT OF
CORRECTIONS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-96-582)

Submitted: May 1, 1997

Decided: May 8, 1997

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Duke E. Woodley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). The district court assessed a filing fee in accordance with Local Rule 28(C) for the Eastern District of Virginia, and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we deny a certificate of appealability and dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Appellant claims that he never received the order imposing the partial filing fee. Appellant may file a Fed. R. Civ. P. 60(b) motion for reconsideration, or because the action was dismissed without prejudice, he may refile the action.

2